1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN LOAIZA,                        )        No. C 05-3366 JSW (PR)
                                       )
                    Plaintiff,         )        ORDER REGARDING
     vs.                               )        SERVICE ON DEFENDANT
                                       )        GOUGHNOUR
                                       )
                                       )        (Docket no. 5)
JEANNE WOODFORD, Warden,  et al,       )
                                       )
                    Defendants.        )

     In an order dated January 10, 2006, the Court directed the United States Marshal to serve Plaintiff's civil rights complaint on Defendant  Goughnour.  Defendants Woodford and Dacanay have appeared and a dispositive motion was filed on May 12, 2006.  On February 2, 2006, the U. S. Marshal informed the Court that it had been unable to effect service on Defendant Goughnour, as they had been informed by San Quentin State Prison that he had retired from state service.

          Federal Rule of Civil Procedure 4(m) contemplates that service of process normally will be accomplished within four months of the filing of the complaint. Although the Court can order the U. S. Marshal to serve process on a defendant when the plaintiff is indigent, it is the plaintiff's responsibility to provide a name and address for each defendant to be served.  Both the Court and the California Department of

Corrections recognize, however, that prisoners proceeding *pro se* will often be unable to obtain forwarding addresses for prison employees.  Accordingly, a system has been established by which the California Department of Corrections will provide to the Court, under seal, a forwarding address for the defendant if the Department is in possession of such.  Therefore, in accord with this system, the Court's docket clerk shall mail an address inquiry letter to: Staff Attorney, Legal Affairs Division, California Department of Corrections, 1515 K Street,  Sacramento, CA  95815.  The letter shall ask for a forwarding address for Defendant Goughnour to be provided to the Court under seal so that the Court can then order the U. S. Marshal to attempt to serve the complaint on Defendant Goughnour.

    IT IS SO ORDERED.

DATED: May 18, 2006

_____
JEFFREY S. WHITE
United States District Judge

2